HON. KYMBERLY K. EVANSON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

JACE HOAG, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

SPOONFLOWER, INC.,

Defendant.

Case No. 3:26-cv-05789-KKE

**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING RULING ON ORDER TO SHOW CAUSE**

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Jace Hoag, on her own behalf and on behalf of others similarly situated ("Plaintiff"), and Defendant Spoonflower, Inc. ("Defendant"), together (the "Parties"), by and through their respective counsel of record, hereby stipulate and jointly move the Court to stay case proceedings, including motion to dismiss briefing, pending the Court's ruling on its Order to Show Cause ("OSC") whether this case should be remanded to state court. Dkt. 23.

On June 10, 2026, Plaintiff filed this putative class action in Thurston County Superior Court. Dkt. 1-1. On July 15, 2026, Defendant removed this action to this Court. Dkt. 1. On July 20, 2026, the Court granted the Parties' stipulated motion to extend Defendant's time to respond to the Complaint to September 7, 2026 and set a briefing schedule if Defendant filed a motion to dismiss. Dkt. 9. Pursuant to that briefing schedule, on September 4, 2026, Defendant filed a Motion to Dismiss Or, Alternatively, to Stay This Action. Dkt. 17 ("Motion"). Plaintiff's opposition brief is due on October 7, 2026 and Defendant's reply is due on October 28, 2026.

On September 16, 2026, the Court issued an OSC as to why this case should not be remanded to Thurston County Superior Court for lack of Article III standing. Dkt. 23. On October 1, 2026, the Parties filed their responses to the Court's Order both asserting that standing exists, but disagreeing as to the appropriate relief if the Court has doubt as to its jurisdiction. Dkts. 24, 25. The Parties request that the Court stay all proceedings, including motion to dismiss briefing, pending its ruling on the OSC.

Good cause exists for this stipulated stay while the Court considers if Plaintiff has Article III standing. The Court's jurisdiction, including standing, "must be established as a threshold matter" because "without jurisdiction the court cannot proceed at all." *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94 (1998) (citation omitted). Additional briefing on Defendant's Motion while the Court determines if it has jurisdiction to adjudicate this matter is unnecessary and wastes the Parties' and Court's resources. Accordingly, the Parties have agreed that Defendant shall provide certain informal discovery to Plaintiff on or before October 19, 2026 and, in light of that agreement, the Parties jointly request that all proceedings and case deadlines be stayed (including the deadline for Plaintiff's opposition to Defendant's Motion and Defendant's reply in support of its Motion), pending the Court's ruling on the OSC.

Should the Court determine that Plaintiff has Article III standing, within seven (7) days of the Court's ruling, the Parties will submit a proposed stipulated schedule for the remainder of the motion to dismiss briefing schedule, which will require Plaintiff to file an opposition to Defendant's Motion within 21 days, and Defendant to file a reply within 21 days thereafter.

Dated: October 6, 2026


/s/ Samuel J. Strauss
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops (*pro hac vice*)
Natalie A. Lyons*
Ian R. Bensberg*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Gerard J. Stranch, IV*
Michael C. Tackeff (*pro hac vice*)
Andrew K. Murray*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

*Attorneys for Plaintiff Jace Hoag*


*Applications for admission *pro hac vice* forthcoming

Respectfully submitted,


/s/ Meegan B. Brooks
Meegan B. Brooks, WSBA #62516
**BALLARD SPAHR LLP**
One Front St., Suite 2600
San Francisco, CA 94111
Telephone: 415-318-2772
brooksm@ballardspahr.com

*Attorney for Defendant Spoonflower, Inc.*

## ORDER

The Court GRANTS the parties' stipulated motion. Dkt. No. 26. The proceedings are STAYED pending the Court's ruling on the order to show cause. Defendant's motion to dismiss (Dkt. No. 17) is TERMINATED, subject to reactivation after the Court rules on the order to show cause.

Dated this 7th day of October, 2026.

Kymberly K. Evanson
United States District Judge